UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF Florida
FORT MYERS DIVISION

CHERYL BELL,

    Plaintiff,

v.                                                   CASE NO.

HENDRY COUNTY DISTRICT SCHOOL
BOARD,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Hendry County District School Board ("School Board"), removes this action from the Circuit Court of the Twentieth Judicial Circuit, in and for Hendry County, Florida to the United States District Court for the Middle District of Florida, Fort Myers Division. The grounds for removal are as follows:

1.    On March 22, 2019, Plaintiff Cheryl Bell commenced this civil action captioned *Cheryl Bell v. Hendry County District School Board*, No. 19-CA-235, in the Circuit Court for Hendry County, Florida.

2.    The School Board now asks that this Court assume jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff raises claims under Federal law. Specifically, Plaintiff alleges that the School Board interfered with her rights under the Family Medical Leave Act of 1993.

## I. Procedural Requirements for Removal

3. Plaintiff served the School Board on April 23, 2019. This Notice of Removal, brought within thirty days of service of the complaint, is timely pursuant to 28 U.S.C. § 1446(b).

4. No further proceedings have been had in state court.

5. Venue is proper in this Court because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. No previous application has been made for the relief requested herein.

7. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received by the School Board, which includes the Complaint, are attached hereto at Exhibit A.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Clerk of the Circuit Court for Hendry County, Florida.

## II. Substantive Requirements for Removal

9. This civil action falls under the Court's original jurisdiction as per 28 U.S.C. § 1331 (federal question).

10. Plaintiff alleges that the School Board "interfered with [her] lawful exercise of FMLA rights."

11. To the extent Plaintiff's complaint contains additional state law claims, this Court has supplemental jurisdiction over those matters as well under 28 U.S.C. §§ 1367 and 1441.

WHEREFORE, the School Board respectfully submits this Notice of Removal to remove this action from Circuit Court of the Twentieth Judicial Circuit Court in and for

Hendry County, Florida to the United States District Court, Middle District of Florida, Fort Myers Division.

                                        Respectfully submitted,

                                        s/ Richard Akin
                                        Richard B. Akin

I HEREBY CERTIFY that on this 30th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jason Remer, Esq., FL Bar No. 165580
Miriam Brooks, Esq., FL Bar No. 0118144
Manuel A. Antommattei, Esq., FL Bar No.1010327
REMER & GEORGE-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: 305.416.5000
Fax: 305.416.5005
jremer@rgpattorneys.com
mbrooks@gpattorneys.com
maa@gpattorneys.com
*Attys for the Plaintiff*

                            HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
                            *Attorneys for Defendant*
                            1715 Monroe Street
                            Fort Myers, FL 33902-0280
                            Tel: 239-344-1182
                            Primary email: Richard.akin@henlaw.com
                            Secondary email: Denise.Lunsford@henlaw.com

By: _____
       Richard B. Akin, II
       Florida Bar No. 0068112

3